UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17-3566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtors. | |

------------------------------------------------------------x

| | |
|---|---|
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY, ET AL., | |
| Plaintiffs, | Adv. Proc. No. 17-219-LTS |
| -against- | |
| THE COMMONWEALTH OF PUERTO RICO, | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ET AL.,

        Defendants.

-------------------------------------------------------------x

ANDALUSIAN GLOBAL DESIGNATED
ACTIVITY COMPANY, ET AL.,

        Plaintiffs,                                    Adv. Proc. No. 17-220-LTS

        -against-

THE COMMONWEALTH OF PUERTO RICO,
ET AL.,

        Defendants.

-------------------------------------------------------------x

## ORDER CLOSING ADVERSARY PROCEEDINGS

In light of ongoing related litigation before the Court and inactivity in the above-captioned adversary proceedings (the "Adversary Proceedings"), the Adversary Proceedings are hereby administratively closed for statistical purposes pending determinations in related proceedings. For the avoidance of doubt, the parties are advised that such action is for the Court's statistical purposes only, is not a disposition of the merits of the Adversary Proceedings, and is without prejudice to the rights and positions of all parties.

SO ORDERED.

Dated: October 13, 2020

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge